UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF FLORIDA

ACCESS FOR THE DISABLED, INC.,
a Florida not for profit corporation, and
PATRICIA KENNEDY, individually,

    Plaintiffs,

Case No. 8:11-CV-1960-T-33TBM

vs.

SHIV SHRADDHA, LLC, a Florida
limited liability company,

    Defendant.
_____/

MEDIATION RESULTS REPORT
NOTICE OF SETTLEMENT

MEDIATOR: JOHN V. CANNON, III, ESQUIRE

    PLEASE TAKE NOTICE that a mediation conference was held in this cause on April 16, 2012. A Representative of Plaintiff and Plaintiff's trial counsel attended. Representatives of Defendant and its Defense trial counsel attended. The result of the conference was a written settlement agreement reserving jurisdiction with this Court to determine the issues of entitlement, and the amount of attorney's fees and costs, if any, to the parties.

    Dated this 18th day of April 2012.

Respectfully Submitted,

John V. Cannon, III, Esquire
Florida Bar No. 154986
Mediator #03940R
200 South Orange Avenue
Sarasota, FL 34236
(941) 366-4800 (telephone)
(941) 954-3172 (facsimile)

1702981_1.docx